# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LANCE WILLIAMS,<br><br>    Petitioner,<br><br>v.<br><br>PAT GLEBE, et al.,<br><br>    Respondents. | NO. C09-1507-RSM-MAT<br><br>ORDER GRANTING RESPONDENTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER<br><br>(~~PROPOSED~~) |

The Court, having considered the Respondents' unopposed motion for an extension of time and the records and files herein, does hereby find and ORDER:

1. Respondents' motion for an extension of time to February 8, 2010, to file an answer to the petition for a writ of habeas corpus is GRANTED.

2. The Clerk shall send uncertified copies of this Order to the Petitioner and to counsel for the Respondent.

DATED this <u>25th</u> day of January, 2010.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

Presented by:
ROBERT M. MCKENNA
Attorney General

s/ Alex A. Kostin
ALEX A. KOSTIN, WSBA #29115
Assistant Attorney General