UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| LANCE WILLIAMS, | ) | CASE NO. C09-1507-RSM-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING PETITIONER'S |
| | ) | MOTION FOR AN EXTENSION OF |
| PAT GLEBE, *et al.* | ) | TIME |
| | ) | |
| Respondents. | ) | |
| | ) | |

The Court GRANTS petitioner's unopposed motion for an extension of time to file a reply to his 28 U.S.C. § 2254 habeas petition. (Dkt. 18.) Petitioner may file his optional reply by May 5, 2010, and the Clerk is directed to RE-NOTE the habeas petition for consideration on that date. The Clerk is also directed to mail a copy of this order to petitioner.

DATED this 2nd day of March, 2010.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
MOTION FOR AN EXTENSION OF TIME
PAGE -1