UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LANCE WILLIAMS,

    Petitioner,

v.

PAT GLEBE, *et al.*

    Respondents.

CASE NO. C09-1507-RSM

ORDER OF DISMISSAL

The Court, having reviewed petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus, the Answer, the reply, the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, the governing law, and the balance of the record, does hereby find and ORDER:

(1) The Report and Recommendation is ADOPTED;

(2) Petitioner's habeas petition is DISMISSED with prejudice;

(3) Petitioner is DENIED issuance of a certificate of appealability; and

(4) The Clerk is directed to send copies of this Order to petitioner and to Magistrate Judge Mary Alice Theiler.

ORDER OF DISMISSAL
PAGE -1

01    DATED this 3rd day of December, 2010.

        RICARDO S. MARTINEZ
        UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
PAGE -2